UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY L. MUTSCHLER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL NO. 3:CV-14-1611 |
| | : |
| BRENDA L. TRITT, et al., | : (Judge Kosik) |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 16th DAY OF JULY, 2015,** in accordance with the Memorandum issued this day, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for counsel (Doc. 26) is **DENIED WITHOUT PREJUDICE;**

2. The Clerk of Court is directed to **STRIKE FROM THE RECORD AND RETURN TO PLAINTIFF** his filing of October 29, 2014, entitled "Petition in Supplement Complaint" (Doc. 14) and his Motion for Discovery (Doc. 27); and

3. Defendants' motion to stay discovery (Doc. 29) is **GRANTED**. All discovery in this case is stayed pending resolution of Defendants' motion to dismiss the complaint.

s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge