# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONY MUTSCHLER, :
:
    Plaintiff, :
:
v. : No. 3:14-CV-1611
:
BRENDA TRITT, *ET AL.*, : (Judge Brann)
:
    Defendants. :

## **ORDER**

**AND NOW**, this 31st day of August 2018, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' unopposed motion to dismiss (Doc. 56) the Amended Complaint is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

                                                BY THE COURT:

                                                *s/ Matthew W. Brann*
                                                Matthew W. Brann
                                                United States District Judge